**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 94-8154

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                        versus

HENRY OLUSHOLA OBOH, aka Henry Osa Omoboh,
aka James Clark aka Derick Forest,

                                        Defendant-Appellant.

--------------------------
Appeal from the United States District Court for the
Northern District of Georgia
--------------------------

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
(Opinion September 29, 1995, 11th Cir., 1995, ___ F.2d ___)

(November 13, 1995)

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.*

B Y  T H E  C O U R T :

        A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

        IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.

*Senior U.S. Circuit Judge Albert J. Henderson has elected to participate in  further proceedings in this matter pursuant to 28 U.S.C. §46(c).